886

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, v. TONY R. FERGUSON, Petitioner-Appellant.

(No. 61462;

First District (5th Division)—August 22, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Leonard V. Solomon, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, John T. Theis, and Linda Ann Miller, Assistant State's Attorneys, of counsel), for the People.